UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ PICAZO,<br><br>       Plaintiff,<br><br>   v.<br><br>MERRICK GARLAND, et al.,<br><br>       Defendants. | Case No.  23-cv-02529-AMO<br><br>**JUDGMENT** |

On August 21, 2023, the Court granted Petitioner Oscar Rodriguez Picazo's habeas petition in part. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Petitioner and against Respondents. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January _3_, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**